# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON EDWARD EDDINGTON,** | : | CIVIL ACTION NO. 3:17-1666 |
| **Plaintiff** | : | (JUDGE MANNION) |
| v | : | |
| **YORK COUNTY PRISON, et al.,** | : | |
| **Defendants** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motions for summary judgment (Doc. 26, 36) are **GRANTED**. Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. Defendants' November 9, 2017 motion to dismiss (Doc. 15) is deemed moot in light of Defendants' May 15, 2018 motion for summary judgment.

3. Defendants' November 22, 2017 motion to strike (Doc. 24) is deemed moot in light of the court's decision granting summary judgment.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**

**United States District Judge**

**Dated: August 2, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1666-01-ORDER.wpd